IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| _____ | |
|---|---|
| *Plaintiff(s)* | |
| v. | Case Number: _____ |
| _____ | |
| *Defendant(s)* | |

# Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter <u>shall</u> select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

☐   The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐   The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| *Printed Name of Party* | *Signature of Party or Attorney* | *Date* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Submitted By: _____     Dated: _____

**Note: Corporations may execute this election only by counsel.**

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this case.

Date: _____     Signature: _____